# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIECSON J. VILARINO,**

      **Plaintiff,**

**-vs-**                                      **Case No. 6:10-cv-1530-Orl-22GJK**

**RADISSON HOTEL INTERNATIONAL DRIVE, LLC.,**

      **Defendant.**

_____/

## ORDER

On August 30, 2011, the Magistrate Judge issued a Report and Recommendation (Doc. No. 13) that, *inter alia*, recommended that the Plaintiff's Rule 55(b)(2) Motion for Entry of Default Judgment and Motion to Tax Attorney's Fees and Costs (Doc. No. 12) be denied and that Plaintiff be directed to file an amended complaint. Rather than objecting to the R&R, Plaintiff has chosen to file an amended complaint. (*See* Doc. No. 14). That election moots both the motion for default judgment and the R&R. Accordingly, it is ORDERED as follows:

1. Plaintiff's Rule 55(b)(2) Motion for Entry of Default Judgment and Motion to Tax Attorney's Fees and Costs (Doc. No. 12), filed on June 14, 2011, is MOOT.

2. The Magistrate Judge's Report and Recommendation (Doc. No. 13), filed on August 30, 2011, is MOOT.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 14, 2011.

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge Kelly

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge